154

## UNITED STATES
### v.
## CHRISTOPHER TUTTLE, PIERRE FORTIER AND PAUL BELLAIR

1808

JOURNAL ENTRIES

1. Rule for recognizances . . . . . . . . . *Journal, infra,* \*p. 179
2. Nolle prosequi . . . . . . . . . . . . . " 221
3. Witness fees allowed . . . . . . . . . . . " 222

PAPERS IN FILE

[None]

## IN THE MATTER OF JOSEPH WILKINSON, JR.

1808

JOURNAL ENTRIES

1. Return filed . . . . . . . . . . . . *Journal, infra,* \*p. 180
2. Decision . . . . . . . . . . . . . . . " 181

PAPERS IN FILE

1. Petition for habeas corpus . . . . . . . . *Printed in Vol. 2*